Thomas P. Riley, SBN 194706
LAW OFFICES OF THOMAS P. RILEY, P.C.
First Library Square
1114 Fremont Avenue
South Pasadena, CA 91030-3227

Tel:  626-799-9797
Fax: 626-799-9795
TPRLAW@att.net

Attorneys for Plaintiff
J & J Sports Productions, Inc.

| | |
|---|---|
| J & J Sports Productions, Inc.,<br><br>Plaintiff,<br><br>vs.<br><br>Maria M. Villareal De Altamirano, et al.,<br><br>Defendants. | CASE NO. 3:12-cv-01101-DMS-JMA<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS PLAINTIFF'S COMPLAINT AGAINST DEFENDANTS MARIA M. VILLAREAL DE ALTAMIRANO, individually and d/b/a LOS KORAS and LOS KORAS MEXICAN & SEAFOOD, INC., an unknown business entity d/b/a LOS KORAS** |

**IT IS HEREBY STIPULATED** by and between Plaintiff J & J SPORTS PRODUCTIONS, INC. and Defendants MARIA M. VILLAREAL DE ALTAMIRANO, individually and d/b/a LOS KORAS and LOS KORAS MEXICAN & SEAFOOD, INC., an unknown business entity d/b/a LOS KORAS, that the above-entitled action is hereby dismissed **with prejudice** against MARIA M. VILLAREAL DE ALTAMIRANO, individually and d/b/a LOS KORAS and LOS KORAS MEXICAN & SEAFOOD, INC., an unknown business entity d/b/a LOS KORAS.

///

///

///

///

///

///

///

**JOINT MOTION TO DISMISS**
**PAGE 1**

This dismissal is made pursuant to Federal Rules of Civil Procedure 41(a)(1). Each Party referenced-above shall bear its own attorneys' fees and costs.

**IT IS SO ORDERED**:

_____   Dated: April 25, 2013
**The Honorable Dana M. Sabraw**
**United States District Court**
**Southern District of California**

**JOINT MOTION TO DISMISS**
**PAGE 2**